### HOWARD vs. COX.

No appeal
lies from a
judgment
overruling a
plea to the
jurisdiction,
and an ex-
ception to
the right of
the plaintiff
to sue the
defendant,
without mak
ing his other
partners
parties.

APPEAL from tde court of the first district.

PORTER, J. delivered the opinion of the
court.   The petitioner states that in the year
1823 he entered into partnership with the de-
fendant and one Reeves, for the purpose of
transacting business in the town of Alexandria;
that he has furnished a large quantity of goods
to the firm, amounting to $7099 77-100;
that the defendant has had the management of
the affairs of the firm, and that he has refused
to account.   The petition concludes by pray-
ing that the defendant be directed to account.

The defendant pleads, 1st, that the court
has no jurisdiction; 2d, that he is not sueable
for the matters alleged in the petition; 3d,
that he is in no manner indebted to the plain-
tiff.

A supplemental petition was filed, praying

judgment against the plaintiff for nine thou-
sand dollars.

The exceptions to the want of jurisdiction in the court, and right of the plaintiff to bring suit in the manner set forth in the petition without making the other partner a party, were overruled by the court, and the defendant appealed.

We think the appeal premature: the injury done is not of that kind which will be irreparable. The error, if it be one, can be corrected after final judgment.

It is therefore ordered, adjudged and decreed, that the appeal be dismissed, with costs.

*Preston* for the plaintiff—*Strawbridge* for the defendant.